IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADFORD WILSON | : | CIVIL ACTION |
| v. | : | |
| OCCUPY PHILLY, et al. | : | NO. 12-00705 |

O R D E R

AND NOW, this /4/ day of February, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2); and

3. This case shall be marked CLOSED.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.